B2500A (Form 2500A) (12/15)

FILED
JAN 27 2020
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court

## Western District Of Louisiana

In re: Rooster Petroleum, LLC,  
Debtor

Case No. 17-50708  
Chapter 7

Elizabeth G. Andrus  
Plaintiff

v.

C & G Boats, Inc.  
Defendant

Adv. Proc. No. 19-05061

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> 800 Lafayette Street
> Suite 1200
> Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Patrick L. McCune, Wiener, Weiss & Madison, APC
> 445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Edward A. Takara (Clerk of the Bankruptcy Court)

Date: January 27, 2020    By: *Ezra Price* (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, Patrick L. McCune _____ (name), certify that service of this summons and a copy of the complaint was made January 28, 2020 _____ (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Abe's Boat Rentals, Inc.
  c/o Registered Agent for Service of Process
  Dawn Miller
  9087 Hwy 23
  Belle Chasse, LA 70037

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 01/28/2020

Signature _/s/ Patrick L. McCune_

Print Name: Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)



# United States Bankruptcy Court

### Western District Of Louisiana

In re Rooster Petroleum, LLC , ) Case No. 17-50708
      Debtor ) Chapter 7
)
Elizabeth G. Andrus )
)
      Plaintiff )
)
v. ) Adv. Proc. No. 19-05061
)
C & G Boats, Inc. )
      Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:
        800 Lafayette Street
        Suite 1200
        Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

        Patrick L. McCune, Wiener, Weiss & Madison, APC
        445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                              Edward A. Takara    (Clerk of the Bankruptcy Court)

Date: January 27, 2020        By: _Ezra Price_ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by :

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Adriatic Marine, L.L.C.
  c/o Registered Agent for Service of Process
  Charles Faucheux
  201 Raceland Street
  Raceland, La. 70394

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 01/28/2020          Signature /s/ Patrick L. McCune

Print Name : Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)



# United States Bankruptcy Court

Western District Of Louisiana

In re  Rooster Petroleum, LLC  ,  )  Case No. 17-50708
        Debtor  )
          )  Chapter 7
    Elizabeth G. Andrus  )
        Plaintiff  )
          )
        v.  )  Adv. Proc. No. 19-05061
    C & G Boats, Inc.  )
        Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:

        800 Lafayette Street
        Suite 1200
        Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

        Patrick L. McCune, Wiener, Weiss & Madison, APC
        445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

        Edward A. Takara  (Clerk of the Bankruptcy Court)

Date: January 27, 2020      By: *Ezra Price* (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by :

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Alliance Offshore, L.L.C.
    c/o Registered Agent for Service of Process
    Eric L. Trosclair
    11095 Hwy 308
    Larose, La. 70373

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 01/28/2020

Signature /s/ Patrick L. McCune

Print Name : Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)


FILED
JAN 27 2020
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court
## Western District Of Louisiana

In re Rooster Petroleum, LLC,  
Debtor

Case No. 17-50708  
Chapter 7

Elizabeth G. Andrus  
Plaintiff

v.

C & G Boats, Inc.  
Defendant

Adv. Proc. No. 19-05061

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> 800 Lafayette Street
> Suite 1200
> Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Patrick L. McCune, Wiener, Weiss & Madison, APC
> 445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Edward A. Takara (Clerk of the Bankruptcy Court)

Date: January 27, 2020  
By: Ezra Price (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by :

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  C & C Offshore, Inc
  c/o Registered Agent for Service of Process
  Mark Cheramie
  164 Cheramie Lane
  Golden Meadow, La. 70357

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 01/28/2020     Signature /s/ Patrick L. McCune

Print Name: Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)

FILED
JAN 27 2020
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court
## Western District Of Louisiana

| | | |
|---|---|---|
| In re Rooster Petroleum, LLC, Debtor | ) ) ) | Case No. 17-50708 Chapter 7 |
| Elizabeth G. Andrus Plaintiff v. C & G Boats, Inc. Defendant | ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 19-05061 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
```
800 Lafayette Street
Suite 1200
Lafayette, LA 70501
```

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Patrick L. McCune, Wiener, Weiss & Madison, APC
445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Edward A. Takara (Clerk of the Bankruptcy Court)

Date: January 27, 2020       By: *Ezra Price* (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by :

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Gulf Logistics, L.L.C.
  c/o Registered Agent for Service of Process
  Neil G. Vincent
  11828 Hwy 1
  Larose, La. 70373

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  01/28/2020              Signature  /s/ Patrick L. McCune

Print Name :  Patrick L. McCune

Business Address:  445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

FILED JAN 27 2020 EDWARD A. TAKARA, CLERK UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT of LOUISIANA

__Western__ District Of __Louisiana__

In re __Rooster Petroleum, LLC__ ,  ) Case No. __17-50708__
　　　　__Debtor__　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) Chapter __7__
　　__Elizabeth G. Andrus__　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　__Plaintiff__　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　) Adv. Proc. No. __19-05061__
　　　　　　　　　　　　　　　　　　)
　　__C & G Boats, Inc.__　　　　　　)
　　　　__Defendant__　　　　　　　　)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　Address of the clerk:
　　　　800 Lafayette Street
　　　　Suite 1200
　　　　Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　Name and Address of Plaintiff's Attorney:

　　　　Patrick L. McCune, Wiener, Weiss & Madison, APC
　　　　445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　__Edward A. Takara__ (Clerk of the Bankruptcy Court)

Date: __January 27, 2020__　　　By: _/s/ Egla Price_ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  Kevin Gros Consulting & Marine Services, Inc.
c/o Registered Agent for Service of Process
Kevin Gros
13080 West Main
Larose, La. 70373

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 01/28/2020

Signature: _[signature]_

Print Name: Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802

B2500A (Form 2500A) (12/15)


FILED
JAN 27 2020
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court

Western District Of Louisiana

In re Rooster Petroleum, LLC,
Debtor

Case No. 17-50708
Chapter 7

Elizabeth G. Andrus
Plaintiff

v.

C & G Boats, Inc.
Defendant

Adv. Proc. No. 19-05061

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

800 Lafayette Street
Suite 1200
Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Patrick L. McCune, Wiener, Weiss & Madison, APC
445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Edward A. Takara (Clerk of the Bankruptcy Court)

Date: January 27, 2020     By: _Ezla Price_ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Patrick L. McCune</u> (name), certify that service of this summons and a copy of the complaint was made <u>January 28, 2020</u> (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  RC Logistics, L.L.C.
  c/o Registered Agent for Service of Process
  Chris Rogers
  220 East 14th Place
  Larose, La. 70373

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 01/28/2020

Signature: /s/ Patrick L. McCune

Print Name: Patrick L. McCune

Business Address: 445 Louisiana Avenue
Baton Rouge, LA 70802